SHIRLEE ANN GROSNER, Appellant, v. MARGARET M. GROSNER, Individually and as Administratrix of the Estate of ALAN L. GROSNER, Deceased, Respondent.

No. 8607

December 30, 1976　　　　　557 P.2d 273

Stewart and Horton, Ltd., and Raymond B. Little, Reno, for Appellant.

Larry G. Bettis, Hawthorne, for Respondent.

## OPINION

Per Curiam:

Appellant contends the district court erred in finding that she was not vested with an equitable interest as beneficiary of two insurance policies. We disagree.

The district court's finding is supported by substantial evidence and, further, we fail to perceive any abuse of the district court's discretion. Holland Livestock v. B & C Enterprises, 92 Nev. 473, 553 P.2d 950 (1976); cf. Evans v. Evans, 92 Nev. 608, 555 P.2d 839 (1976). Accordingly, we affirm the district court order.